UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| JOHN JEFFREY KEENAN, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. |
| v. | ) |
| | ) |
| VITAL RECOVERY | ) |
| SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

JOHN JEFFREY KEENAN (Plaintiff), through the undersigned counsel, alleges the following against VITAL RECOVERY SERVICES, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Louisiana; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

### PARTIES

5. Plaintiff is a natural person residing in Metairie, Jefferson Parish, Louisiana.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Norcross, Georgia.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In or around the summer of 2010, Defendant began placing collection calls to Plaintiff seeking and demanding payment on an alleged debt.

11. Defendant calls Plaintiff's home from 877-347-2082, and possibly other numbers also.

12. Defendant calls Plaintiff in attempt to contact a Deana Gates ("Gates").

13. Plaintiff has explained to Defendant since the earliest calls, and on numerous occasions thereafter, that Plaintiff does not know a Deana Gates, and that further calls to Plaintiff's home are to cease.

14. Despite Plaintiff's repeated requests that calls case, Defendant has continued to call Plaintiff's home, in the past up to five to seven times per week, seeking and demanding payment on an alleged debt purportedly owed by one Deana Gates.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated §1692c(b) of the FDCPA by communicating, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, to third parties in connection with the collection of any

      debt;

    b.    Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt; and

    c.    Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person called at that number.

WHEREFORE, Plaintiff, JOHN JEFFREY KEENAN, respectfully requests judgment be entered against Defendant, VITAL RECOVERY SERVICES, INC. for the following:

16.    Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

17.    Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

18.    Any other relief that this Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon
4712 Purdue Drive
Metairie, LA 700036
(504) 401-0533
Attorney for Plaintiff

PLAINTIFF'S VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF LOUISIANA )
)
_____ PARISH )

Plaintiff, JOHN JEFFREY KEENAN, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JOHN JEFFREY KEENAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

9-21-11
Date

*John Jeffrey Keenan*
JOHN JEFFREY KEENAN