UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JOHN JEFFREY KEENAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:11-cv-02589-HGB-dek |
| v. | ) | |
| | ) | |
| VITAL RECOVERY SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

///

///

///

///

///

**KROHN & MOSS, LTD.**

Dated:  May 15, 2013        By: /s/ Jonathan Hilbun
                                Jonathan Hilbun
                                2404 Middlecoff Dr.
                                Gulfport, MS 39507
                                504-214-0459
                                Jonathan.hilbun@gmail.com
                                Attorney for Plaintiff.


**PAGE, MANNINO, PERESICH & McDERMOTT, P.L.L.C.**

Dated: May 15, 2013         By:/s/ Nathan Lamar Prescott
                                NATHAN PRESCOTT
                                Nathan Lamar Prescott, Esq.
                                (LA Bar # 29388)
                                759 Howard Avenue
                                Biloxi, MS 39530
                                Telephone: (228) 374-2100
                                Facsimile: (228) 432-5539
                                Nathan.prescott@pmp.org

                                By:/s/ William V. Westbrook, III
                                WILLIAM V. WESTBROOK, III
                                William V. Westbrook, III
                                (MSB Bar No. 7119)
                                Page, Mannino, Peresich & McDermott, P.L.L.C.
                                2408 14th Street
                                Gulfport, MS 39501-2019
                                Telephone: 228-868-8999
                                Facsimile: 228-868-8940
                                cwestbrook@PMP.org